1   JULIAN HAMMOND (CA State Bar No. 268489)
    HAMMONDLAW, PC
2   1180 S. Beverly Drive, Suite 610
    Los Angeles, California 90035
3   Telephone:      (310) 601-6766
    Facsimile:      (310) 295-2385
4   Email:          Hammond.julian@gmail.com

5   ARI CHERNIAK (CA State Bar No. 290071)
    HAMMONDLAW, PC
6   1829 Reisterstown Road, Suite 410
    Baltimore, Maryland 21208
7   Telephone:      (443) 739-5758
    Facsimile:      (310) 295-2385
8   Email:          ari.cherniak@gmail.com

9   Attorneys for Plaintiff ETAN GOLDMAN

10  DAVID H. KRAMER, SBN 168452
    RIANA S. PFEFFERKORN, SBN 266817
11  WILSON SONSINI GOODRICH & ROSATI, P.C.
    650 Page Mill Road
12  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
13  Facsimile: (650) 493-6811
    Email: dkramer@wsgr.com

14
    Attorneys for Defendant
15  DROPBOX, INC.

16                  IN THE UNITED STATES DISTRICT COURT
                    THE NORTHERN DISTRICT OF CALIFORNIA
17                  SAN FRANCISCO DIVISION

18  ETAN GOLDMAN, individually and on behalf   )   Case No. 3:14-CV-01453-CRB
    of all others similarly situated,          )
19                                              )   **STIPULATION CONTINUING THE**
                    Plaintiff,                  )   **MOTION HEARING SCHEDULED**
20                                              )   **FOR JUNE 13, 2014; ORDER**
            v.                                  )
21                                              )
    DROPBOX, INC., a Delaware corporation,      )
22                                              )
                    Defendant.                  )
23                                              )
                                                )
24  _____ )

25

26

27
    TO THE HONORABLE COURT AND ALL PARTIES BY AND THROUGH THEIR
28
    COUNSEL OF RECORD:

                                            1

1    Plaintiff ETAN GOLDMAN, individually and on behalf of all others similarly situated

2    ("Plaintiff") and Defendant DROPBOX, INC. ("Defendant") (collectively "the Parties"), by and

3    through their attorneys of record, stipulate as follows:

4        On March 28, 2014 Defendant filed its Notice of Removal of this action;

5        On April 17, 2014 Plaintiff filed its Motion to Remand action to state court;

6        The hearing on Plaintiff's Motion to Remand is currently set for June 13, 2014 at 10:00

7    AM in Courtroom 6, 17th Floor, San Francisco before Hon. Charles R. Breyer;

8        A Case Management Conference is scheduled for July 11, 2014 at 8:30 AM in Courtroom

9    6, 17th Floor, San Francisco;

10       The Parties believe continuing the hearing on the Motion to Remand to the same date as

11   the Case Management Conference will create additional efficiency, due to the possibility of the

12   Case Management Conference being rendered moot in the event that Plaintiffs' Motion to Remand

13   is granted;

14       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

15       1.   The hearing on the Motion to Remand currently scheduled for June 13, 2014 at

16   10:00 A.M. in Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R.

17   Breyer shall be continued until July 11, 2014 at 10:00 a.m.

18       IT IS SO STIPULATED.

19

20   DATED:  May 20, 2014                HAMMONDLAW, PC

21

22                                       By:          /s/ Julian Hammond /s/
                                                      Julian Hammond

23                                       Attorneys for Plaintiff ETAN GOLDMAN

24

25

26   DATED:  May 20, 2014                WILSON SONSINI GOODRICH & ROSATI, P.C.

27
                                         By:   /s/  David H. Kramer /s/
28                                                    David H. Kramer

STIPULATION CONTINUING THE MOTION HEARING SCHEDULED FOR JUNE 13, 2014- Case No. CV 3:14-CV-01453-CRB

Attorneys for Defendant DROPBOX, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 23, 2014



_____
HON. CHARLES R. BREYER
United States District Court Judge

---

STIPULATION CONTINUING THE MOTION HEARING SCHEDULED FOR JUNE 13, 2014- Case No. CV 3:14-CV-01453-CRB