**UNITED STATES DISTRICT COURT**

**Northern District of California**

| Goldman, | 14-01453 CRB |
|---|---|
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Dropbox, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
14-01453 CRB                    -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 26, 2014

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
14-01453 CRB                                              -2-

**PROOF OF SERVICE**

Case Name:  Goldman v. Dropbox, Inc.

Case Number:        14-01453 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On June 26, 2014, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Julian Ari Hammond
>HammondLaw, PC
>1180 S. Beverly Dr.
>Suite 601
>Los Angeles, CA 90035
>JHammond@hammondlawpc.com
>
>Ari Nathan Cherniak
>HammondLaw, PC
>1829 Reisterstown Road, Suite 410
>Baltimore, MA 21208
>acherniak@hammondlawpc.com
>
>David H. Kramer
>Wilson Sonsini Goodrich & Rosati
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>dkramer@wsgr.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 26, 2014 in San Francisco, California.

                                          RICHARD W. WIEKING
                                        Clerk
                                        by:     Timothy J. Smagacz

                                        _____
                                        ADR Program Administrator
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov